AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Georgia__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:15-CV-1245-LMM | DATE FILED<br>4/17/2015 | U.S. DISTRICT COURT<br>Northern District of Georgia |
|---|---|---|
| PLAINTIFF<br>Tridia Corporation | | DEFENDANT<br>ScreenConnect Software, LLC, and ConnectWise IT, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,909,545 | 6/1/1999 | Tridia Corporation |
| 2 | US RE38,598 E | 9/21/2004 | Tridia Corporation |
| 3 | US RE38,598 C1 | 5/18/2010 | Tridia Corporation |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>James N. Hatten | (BY) DEPUTY CLERK<br>s/Kayla Washington | DATE<br>4/20/2015 |
|---|---|---|

Format m/d/yyyy

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**

Print  Save As...  Reset