## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

    Plaintiff,

    v.

SCREENCONNECT SOFTWARE, LLC
and CONNECTWISE IT, INC.
    Defendants.

CIVIL ACTION NO.:
1:15-cv-01245-LMM

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Tridia Corporation ("Tridia") and Defendants Screenconnect Software LLC and Connectwise IT, Inc. ("Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's Local Rule 7.1, move the Court for an extension of time for Defendants to answer or otherwise respond to Plaintiff Tridia's Complaint to and through July 30, 2015. In support of this Motion, the parties show the Court as follows:

1. The parties continue to remain actively engaged in settlement discussions.

2. The parties request this extension in good faith to continue settlement discussions.

WHEREFORE, the parties respectfully request that the time for Defendants'

responses to Plaintiff's Complaint be extended to and through July 30, 2015.

This 13th day of July, 2015.

*/s/ Puja Patel Lea*
Douglas D. Salyers
Georgia Bar No. 623425
Puja Patel Lea
Georgia Bar No. 320796
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308-2216
douglas.salyers@troutmansanders.com
puja.lea@troutmansanders.com
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
***Attorneys for Plaintiff***


*/s/ Jeffrey J. Toney*
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1349 West Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
Tel.  (404) 260-6105
Fax. (404) 393-9888
JToney@kasowitz.com
***Attorneys for Defendants***

2

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing was prepared using Times New Roman,

14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

*/s/ Puja Patel Lea*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, the foregoing CONSENT MOTION

FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED

MEMORANDUM OF LAW was filed using the Court's electronic filing system

which will send notice to all counsel of record.

TROUTMAN SANDERS LLP

*/s/ Puja Patel Lea*

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SCREENCONNECT SOFTWARE, LLC,<br>and CONNECTWISE IT, INC.<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:15-cv-01245-LMM |

## [PROPOSED] ORDER

With the consent of the parties and for good cause shown, the time within which Defendants Screenconnect Software, LLC and Connectwise IT, Inc. must answer or otherwise respond to Plaintiff Tridia's Complaint in this case is extended to and including July 30, 2015.

So ordered this ___ day of July, 2015.

_____
The Honorable Leigh Martin May
United States District Judge
Northern District of Georgia