IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

    Plaintiff,

v.

SCREENCONNECT SOFTWARE, LLC,
and CONNECTWISE IT, INC.

    Defendants.

CIVIL ACTION NO.:
1:15-cv-01245-LMM

**PROPOSED ORDER**

With the consent of the parties and for good cause shown, the time within which Defendants Screenconnect Software, LLC and Connectwise IT, Inc. must answer or otherwise respond to Plaintiff Tridia's Complaint in this case is extended to and including July 30, 2015.

So ordered this 14th day of July, 2015.

_____
The Honorable Leigh Martin May
United States District Judge
Northern District of Georgia