UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Tridia Corporation | § § § | |
| Plaintiff | § § | C.A. No. 1:15-cv-01245-LMM |
| v. | § § § | JURY TRIAL DEMANDED |
| ScreenConnect Software LLC and ConnectWise IT, Inc. | § § § § | |
| Defendant. | § § | |

## DEFENDANTS' MOTION TO DISMISS

Defendants ScreenConnect Software, LLC and ConnectWise IT, Inc. (collectively, "ScreenConnect") hereby move to dismiss the Complaint filed by Plaintiff Tridia Corp. ("Tridia") (D.I. 1) ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, because the asserted patent is invalid under 35 U.S.C. § 101 for failing to claim patent-eligible subject matter. *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2358 (2014).

In support of this motion, the Defendants rely on the law, the facts, and the brief filed herewith. Because the asserted claims of the '598 Patent are not

- 2 -

directed to patentable subject matter under § 101, ScreenConnect respectfully requests that the Court dismiss this action for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| Dated: August 10, 2015 | Respectfully submitted, |
| | /s/ Jeffrey J. Toney<br>Jeffrey Toney, Esq.<br>Georgia Bar No. 714615<br>KASOWITZ, BENSON, TORRES &<br>    FRIEDMAN LLP<br>1349 West Peachtree Street, N.W.<br>Suite 1500<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6080<br>Facsimile: (404) 260-6081<br><br>*Attorney for Defendants ScreenConnect Software LLC and ConnectWise IT, Inc.* |

- 3 -

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1.D.

This 10th day of August, 2015.

/s/  Jeffrey J. Toney
Jeffrey J. Toney
Georgia Bar No. 714615

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Tridia Corporation | § § § | |
| Plaintiff | § § | C.A. No. 1:15-cv-01245-LMM |
| v. | § § § | JURY TRIAL DEMANDED |
| ScreenConnect Software LLC and ConnectWise IT, Inc. | § § § § | |
| Defendant. | § § | |

## **CERTIFICATE OF SERVICE**

This is the certify that on this 10th day of August, 2015, I electronically filed the within and foregoing **Defendants' Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Douglas D. Salyers, Esq.
> Georgia Bar No. 623425
> TROUTMAN SANDERS LLP
> Bank of America Plaza
> 600 Peachtree Street NE, Suite 5200
> Atlanta, GA 30308-2216
> doug.salyers@troutmansanders.com

- 5 -

This 10th day of August, 2015.

                                                /s/  Jeffrey J. Toney
                                                Jeffrey J. Toney
                                                 Georgia Bar No. 714615